(February 8, 2007)

■ ROYAL INDEMNITY COMPANY, Respondent, v TRAVELERS INDEMNITY Co. et al., Appellants. [827 NYS2d 867]—Appeal from order, Supreme Court, New York County (Harold B. Beeler, J.), entered on or about January 19, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. Motion seeking leave to stay disclosure withdrawn. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Williams and McGuire, JJ.